NORWALK VAULT COMPANY OF MISSOURI, INC., Plaintiff,

v.

FAMILY CARE, INC., Defendant/Respondent,

and

A.L. Beal Mortuary, Inc. and Carol J. Wilson, Defendants/Appellants.

No. ED 87664.

Missouri Court of Appeals, Eastern District, Division Four.

June 26, 2007.

Thomas ("T.C.") Carter, III, Elbert Dorsey, Saint Louis, MO, for defendants/appellants.

Patricia A. Wilcox, Saint Louis, MO, for respondent.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J. and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

A.L. Beal Mortuary, Inc. and Carol J. Wilson appeal from the trial court's judgment in favor of Family Care, Inc. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's judgment is supported by substantial evidence and there is no error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).